FRANCIS L. GRAHLFS, Appellant, v. LOUIS BARTH and Another, Defendants. FRANK ABRUZZO, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

RALPH JANNOTTA, Respondent, v. BESTMOR REALTY CORPORATION and Others, Defendants. ARTHUR WEISER, Appellant.— Order of the County Court of Nassau county, denying defendant Weiser's motion to vacate notice of examination before trial, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Defendant Weiser has the affirmative upon the issues as to which the examination is sought, and plaintiff is not, therefore, entitled to the examination. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

GEORGE OLSEN, Respondent, v. T. HOGAN & SONS, INC., Appellant. INTERNATIONAL MERCANTILE MARINE COMPANY, Defendant.— Order denying motion of defendant T. Hogan & Sons, Inc., for resettlement of case on appeal, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL COSTA, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VITO ZITO, Appellant.— Judgment of the Court of Special Sessions, convicting defendant of a violation of the Penal Law, section 986, unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

CLARENCE W. ROBERTS, Respondent, v. CARROLL M. HALL, Appellant.— Judgment modified by providing that interest shall be allowed, not from the date of the rendition of the bill, January 30, 1924, but from the date of the commencement of the action to the time of trial. The judgment as so modified, and the order denying motion for a new trial, are affirmed, without costs. (*Prager* v. *N. J. Fidelity & Plate Glass Ins. Co.*, 245 N. Y. 1.) Young, Kapper, Lazansky and Hagarty, JJ., concur; Kelly, P. J., taking no part.

HELEN S. COHEN, Appellant, v. MANUFACTURERS' TRUST COMPANY, Respondent.— Application denied, with ten dollars costs.

KATRYN KRAKOWIAK, Respondent, v. ANTON APANASOWICH, Appellant.— Application denied, with ten dollars costs.

LIEBMANN BREWERIES, INC., Respondent, v. G. W. BROWNELL ENGINEERING CORPORATION, Appellant.— Application denied, with ten dollars costs.

JULIANA LOBE, Respondent, v. COLUMBIA CASUALTY COMPANY, Appellant.— Application denied, with ten dollars costs.

CHARLOTTE R. MURPHY, Respondent, v. WILLIAM C. MURPHY, Appellant.— Application denied, with ten dollars costs.

EILEEN POWELL, Appellant, v. JOHN CORT's COMPANY, INC., and JOHN CORT, Respondents.— Application denied, with ten dollars costs.

JOSEPH ROBERTS, Appellant, v. MORRIS SCHECHNER and SCHECKNER & WITTNER, INC., Respondents.— Application denied, with ten dollars costs.